**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**HAROLD A. HUNT,**

             **Petitioner,**

    **v.**                                        **9:09-CV-934**

**SUPERINTENDENT,**

             **Respondent.**
_____

**APPEARANCES:**                             **OF COUNSEL:**

**HAROLD A. HUNT**
**Petitioner,** *pro se*

**HON. ANDREW M. CUOMO**             **THOMAS B. LITSKY, ESQ.**
Attorney General of the State of New York     Assistant Attorney General
120 Broadway
New York, New York 10271
Attorney for Respondent

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 17th day of November 2010. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED that:

     1. The Report-Recommendation is hereby adopted in its entirety.

Case 9:09-cv-00934-NAM-ATB   Document 33   Filed 12/13/10   Page 2 of 2

2. The Petition for Writ of Habeas Corpus is denied and dismissed. Petitioner has failed to make a substantial showing of a denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2); accordingly, no certificate of appealability shall issue.

3. The Clerk of the Court shall serve a copy of this Order upon the petitioner, and all other parties and the Magistrate Judge assigned to this case. Petitioner shall be served by Certified Mail, Return Receipt Requested.

**IT IS SO ORDERED.**

Dated: December 13, 2010
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge